### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**SPENCER NEAL,**                                                    CASE NO. 3:22 CV 1898

    Plaintiff,

    v.                                                              JUDGE JAMES R. KNEPP II

**J&M HOSPITALITY LLC,**

    Defendant.                                               **ORDER**


An in-person hearing was held in the above-captioned case on February 19, 2025. Plaintiff Spencer Neal appeared with attorney Colin G. Meeker, while defense counsel, Michael P. Gilbride, participated telephonically. Defendant did not appear.

At the hearing, counsel for both parties confirmed the existing settlement agreement remains in effect. Plaintiff submitted a physical copy of the agreement to the Court. Upon review, based on representations of counsel, and for the reasons stated on the record at the hearing, the Court GRANTS Plaintiff's oral motion to enforce the settlement agreement. Therefore, the case is hereby DISMISSED. The parties' settlement agreement is filed under seal as an appendix hereto.

The Court retains jurisdiction to enforce this Order. Should any issues arise regarding compliance with the settlement agreement, the Court will issue a show cause order requiring the non-compliant party to explain why they should not be held in contempt.

IT IS SO ORDERED.

                                       *s/ James R. Knepp II*
                                    UNITED STATES DISTRICT JUDGE

                                    Dated: February 19, 2025